SALZSTEIN v. KLEINBERG et al.

(Supreme Court, Appellate Term. June 23, 1904.)

1. QUANTUM MERUIT—REASONABLE VALUE—FAILURE OF PROOF.

A recovery cannot be had on a quantum meruit for services, where there is no evidence of the reasonable value of the services or of any agreed compensation.

Appeal from Municipal Court, Borough of Manhattan, Second District.

Action by Abraham L. Salzstein against Ignatz Kleinberg and others. From a judgment for plaintiff, defendants appeal. Reversed.

Argued before FREEDMAN, P. J., and MacLEAN and SCOTT, JJ.

Aaron A. Feinberg, for appellants.
William Hauser, for respondent.

MacLEAN, J. The plaintiff declared on a quantum meruit in two cases for services rendered at Washington, D. C., at the special instance and request of the defendants, in the matter of obtaining refunds of certain customs charges or duties. He was not entitled to recover upon his first cause, for his brother, whom he made the agent of the defendants, did not appear to have authority, beyond procuring information, to make bargains for services on their behalf, and so, in a measure, confessed. Had there been authority, there was no evidence of reasonable value, or of specified sum agreed upon, if any, for the matter was settled here. As to the second cause, direct negotiations between the parties herein seemingly never ripened into agreement. For these reasons, it being unnecessary to comment on improper receptions of evidence, the judgment rendered in favor of the plaintiff must be reversed, and a new trial ordered.

Judgment reversed, and new trial ordered, with costs to appellant to abide the event. All concur.